■ RUBINA (MISENER) PINZOTTI, as Parent and Natural Guardian of REBECCA MISENER and Another, Infants, Appellant, v NEW YORK STATE THRUWAY AUTHORITY, Respondent. (Claim No. 77797.) (Appeal No. 2.)—Judgment unanimously reversed on the law and facts without costs and new trial granted on damages only. Same Memorandum as in *Fabiano v New York State Thruway Auth.* (187 AD2d 1021 [decided herewith]). (Appeal from Judgment of Court of Claims, NeMoyer, J.—Negligence.) Present—Callahan, J. P., Boomer, Balio, Fallon and Doerr, JJ.